

300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Hon. Richard Levy  December 30, 2021
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Alberto Londono v. City of New York, et al, 21-CV-5604 (KAM)(RML)

Your Honor-

I am Plaintiff's counsel in the above referenced matter. I write to clarify our position with respect to Document 12, Defendant City of New York's request for an enlargement of time. First, although Defendant Police Officer Rene was not formally served, he was mailed a Rule 4 Notice of Lawsuit and Request for Waiver of Service on October 13, 2021. He received it, as he called me about it shortly thereafter and I suggested he contact his union and/or corporation counsel; I advised ACC McGuire of that and provided a copy of the notice and request for waiver.

Concerning Defendant's request, it is unclear why they need additional time to decide how to proceed on this matter, as they have already requested and been granted a 60-day extension, and also paradoxically requested the Court "sua sponte" grant an extension of Officer Rene's time to answer. And although Counsel advises the Court that they need time "to determine what defense is appropriate," counsel wrote me and asked for an extension because they "plan to move 12(b)(6)" and asked how much time I needed to respond to such a motion.

This delay, on top of the delay already granted, has no practical benefit; although counsel writes that Plaintiff complains of the improper seizure of his car, the gravitas is much more serious; he complains that Officer Rene knowingly falsely filed a report that Plaintiff's car was stolen. intentionally causing Plaintiff to be stopped while driving by other officers based on that false complaint, and deliberately causing Plaintiff's car to be towed, all to punish Plaintiff for not telling Officer Rene information Officer Rene was demanding from him. It is unlikely to be entirely dismissed on a motion, and the City should move forward and answer on behalf of Officer Rene and itself.

Sincerely Yours,

Andrew B. Stoll
Stoll, Glickman & Bellina, LLP

2