

**T**HE **C**ITY OF **N**EW **Y**ORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**GEORGIA M. PESTANA**
Corporation Counsel

**CAROLINE MCGUIRE**
*Assistant Corporation Counsel*
Tel.: (212) 356-5052
Fax: (212) 356-3509
cmcguire@law.nyc.gov

Janaury 14, 2022

**BY ECF**
Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Alberto Londono v. City of New York, et al.</u>, 21-CV-05604 (KAM) (RML)

Your Honor:

    I am the Assistant Corporation Counsel assigned to the defense of the above-referenced matter. I write jointly with Plaintiff's Counsel to (1) inform the Court that this matter has settled and, accordingly, (2) respectfully request that the Court adjourn all deadlines *sine die*.

    By way of background, Plaintiff alleges, *inter alia*, that on September 5, 2020, his vehicle was improperly seized. <u>See</u> Docket Entry No. 1. Answers for Defendants City of New York and Detective Rene are due on January 14, 2022. <u>See</u> Docket Entry dated December 31, 2021.

    As of January 11, 2022, the parties reached a settlement agreement in this matter. Accordingly, pursuant to Your Honor's Individual Rule C(4), the parties write to inform the Court of this settlement agreement. In light of this settlement agreement, the parties respectfully request the Court adjourn all deadlines *sine die*.

    Thank you for your consideration herein.

Respectfully submitted,

/s/
Caroline McGuire
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **<u>BY ECF</u>**
    Andrew Brian Stoll
    *Plaintiff's Counsel*